UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**BYRON D. PINKARD,**

        **Plaintiff,**

        v.

**FEDERAL BUREAU OF INVESTIGATION,**

        **Defendant.**

Civil Action 06-2049 (HHK)

## ORDER

The Order directing plaintiff to respond to defendant's motion to dismiss or, in the alternative, for summary judgment by March 12, 2007, was returned to the Court as "undeliverable" at the address of record.  Dkt. Entry (Mar. 15, 2007).  Plaintiff, who is proceeding *pro se*, has not filed a change of address notice, as is required by Local Rule 5.1(e), and the Court has no way of locating him.  Accordingly, it is this 22nd day of March 2007,

**ORDERED** that pursuant to Local Civil Rule 83.23, this case is **DISMISSED** without prejudice for failure to prosecute.

                                                    _____s/s_____
                                                    Henry H. Kennedy, Jr.
                                                    United States District Judge